# EXHIBIT A

## SOUVANH AND NEARY SITHONG

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Loud Records LLC | Mobb Deep | What's Ya Poison | Murda Muzik | 293-229 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |
| UMG Recordings, Inc. | Ludacris | Phat Rabbit | Back For the First Time | 289-433 |
| Virgin Records America, Inc. | Beenie Man | Girls Dem Sugar | Art And Life | 284-383 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |
| Warner Bros. Records Inc. | Linkin Park | Crawling | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Ja Rule | Between You and Me | Rule 3:36 | 270-080 |