AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

LOUD RECORDS, LLC, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MAVERICK RECORDING COMPANY, a California joint venture; and WARNER BROS. RECORDS INC., a Delaware corporation,

V.

SOUVANH AND NEARY SITHONG

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 417S

TO:

SOUVANH AND NEARY SITHONG
25 La Vaughn St.
Providence, RI 02909-3607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

James E. O'Neil
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

Phone (401) 667-7111
Fax (401) 667-7112

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9-19-06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9-25-06 |
| NAME OF SERVER *(PRINT)* Gordon Moniz | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

Served personally upon the third-party defendant. Place where served: 25 LA Vaughn St, Providence, RI

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Neary Sithong (Lach)

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-25-06
Date

Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

LOUD RECORDS, LLC, A DELAWARE CORPORATION; ET AL.,

Plaintiff/Petitioner

vs.

SOUVANH AND NEARY SITHONG

Defendant/Respondent

Hearing Date:

CAUSE NO. CA 06 417S

DECLARATION OF SERVICE OF:
**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 25th day of September, 2006, at 1:36 PM, at the address of 25 LA VAUGHN Street , PROVIDENCE, Providence County, RI 02909; this declarant served the above described documents upon **NEARY SITHONG,** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Neary Sithong(Lach), Asian, Female, 23yrs, 5'2", 120lbs, Black Hair, Glasses.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Rhode Island that the statement above is true and correct.

DATED this **25th day of September, 2006.**

Gordon Moniz

ABC's Client Name
**Holme, Roberts & Owen**
RIAA (PFI)

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4173141**

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

LOUD RECORDS, LLC, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MAVERICK RECORDING COMPANY, a California joint venture; and WARNER BROS. RECORDS INC., a Delaware corporation,

V.

SOUVANH AND NEARY SITHONG

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 417S

TO:

SOUVANH AND NEARY SITHONG
25 La Vaughn St.
Providence, RI 02909-3607

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

James E. O'Neil
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

Phone (401) 667-7111
Fax (401) 667-7112

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

9-19-06
DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOUD RECORDS, LLC, A DELAWARE CORPORATION; ET AL., Plaintiff/Petitioner<br>vs.<br>SOUVANH AND NEARY SITHONG Defendant/Respondent | Hearing Date:<br>CAUSE NO. **CA 06 417S**<br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of September, 2006, at 1:36 PM**, at the address of **25 LA VAUGHN Street , PROVIDENCE, Providence** County, **RI 02909**; this declarant served the above described documents upon **SOUVANH SITHONG**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Neary Sithong(Lach), Daughter-In-Law, Asian, Female, 23yrs, 5'2", 120lbs, Black Hair, Glasses**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **25th day of September, 2006**.

Gordon Moniz

| ABC's Client Name | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **4173140** |
|---|---|---|
| Holme, Roberts & Owen<br>RIAA (PFI) | | |

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9-25-06 |
| NAME OF SERVER *(PRINT)* Gordon Moniz | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 25 LA Vaughn St, Providence Rhode Island

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-25-06
Date

[signature]
Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.